# SALLAH ASTARITA ◆ COX
## LLC

3010 North Military Trail, Suite 210 | Boca Raton, Florida 33431
Phone: (561) 989-9080 | Fax: (561) 989-9020 | www.sallahlaw.com

ATTORNEYS AT LAW    Florida | New York | New Jersey

January 23, 2025

**VIA EMAIL & FEDERAL EXPRESS**
Lucas Mirtl
1050 Heron Crossing
Prosper, TX 75078
Email: lucasmirtl@hotmail.com

Re:  Termination of Agency on behalf of Hunter and Jett Lawrence and Evidence Preservation Demand

Attention Mr. Mirtl:

Please be advised that the law firm of Sallah Astarita & Cox, LLC, represents Hunter and Jett Lawrence (the "Lawrences") in connection with their legal claims against you. Further, please also be advised that, as of 9 a.m. EST, you are terminated as agent for the Lawrences and no longer have any authorization to act on their behalf in any capacity. Demand is hereby made that you do not contact the Lawrences; if you have any need to obtain information from them, you are hereby directed to address such requests through undersigned counsel. We are also demanding that you refrain from accessing any bank accounts or any other accounts holding any assets of the Lawrences.

The claims the Lawrences have arise from evidence of unauthorized withdrawals of funds from bank accounts held for the Lawrences, including transfers made directly to you or made on your behalf. We believe the amounts so taken are in the hundreds of thousands of dollars and that your alleged conduct may give rise to civil, if not criminal, liability. Accordingly, the Lawrences are considering all legal options at their disposal, including, but not limited to, filing a civil action in Pasco Circuit Court or the Middle District of Florida for, among other things, civil theft, conversion, breach of fiduciary duty and replevin. Additionally, the Lawrences have already provided preliminary information to the Federal Bureau of Investigation, and they are also preparing to submit criminal complaints with the Office of the State Attorney for Pasco County and the Denton County District Attorney.

Given the imminent potential for litigation, you are hereby placed on notice of your legal obligations immediately to identify, segregate and preserve, and refrain from destroying or altering, all documents, correspondence, tangible things and electronically stored information, data and metadata potentially relevant to the matters raised herein and to not delete or destroy any such documents or information, including, but not limited to, all relevant emails, text messages, instant messages, voice messages, cloud-based storage accounts or any other electronic communications.

Lucas Mirtl
January 23, 2025
Page 2 of 2

      Your duties include suspending any routine destruction of documents and disabling auto delete functions.  Particular attention should be paid to preserving text messages, including WhatsApp messages, phone records, cloud-based accounts, and, as discussed above, computers, laptops, PDAs, smart phones and cell phones.

      It is imperative that you fully comply with the foregoing evidence preservation obligations and do not further alter, modify, delete, destroy or discard any documents, data or information identified or described herein. Failure or neglect to strictly comply herewith may result in civil contempt of court, sanctions and/or adverse presumptions and jury instructions in connection with the anticipated litigation.  These would be in addition to the remedies and relief ultimately sought by the Lawrences.

      Further, we understand that you are in possession of certain removable property of the Lawrences, including race apparel and memorabilia that they have previously requested be returned.  Demand is hereby made for the return of all such property in your possession, custody or control wherever located.  You are not to sell or transfer possession in any way any of the Lawrence memorabilia and failure to comply will necessitate further actions by the Lawrences to retrieve their property. Further, we are requesting that you identify the location of all such property and that you provide counsel, or their agents, access to such locations for the retrieval of such property.

      Please affirm in writing no later than 5 p.m. EST, January 23, 2025, that you will comply with the obligations in this letter.  If you have any questions, you are directed to contact Joshua A. Katz, Esq., or me.  Hunter and Jett Lawrence reserve all rights.  Please govern yourself accordingly.

      Sincerely,

      /s/James D. Sallah, Esq.

Cc:    Clients
        Travis Clarke