UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 25-CV-00252-SDM-NHA

JETT LAWRENCE and
HUNTER LAWRENCE,

    Plaintiffs,

v.

LUCAS MIRTL,

    Defendant.
_____/

**PLAINTIFFS' NOTICE OF**
**<u>VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Pursuant to Federal Rule 41(a)(1)(A)(i), Plaintiffs Jett Lawrence and Hunter Lawrence, through their undersigned counsel, hereby give notice that they are voluntarily dismissing, without prejudice, the Complaint in this case.

Dated: March 14, 2025                Respectfully submitted,

                                                  SALLAH ASTARITA & COX, LLC
                                                  *Counsel for the Lawrences*
                                                  3010 North Military Trail, Suite 210
                                                  Boca Raton, FL 33431
                                                  Tel.: (561) 989-9080
                                                  Fax: (561) 989-9020

                                                  /s/James D. Sallah
                                                  **James D. Sallah, Esq.**
                                                  Fla. Bar No. 0092584
                                                  Email: jds@sallahlaw.com

**Patrick J. Rengstl, Esq.**
Fla. Bar No. 0581631
Email: pjr@sallahlaw.com
**Joshua A. Katz, Esq.**
Fla. Bar No. 0848301
Email: jak@sallahlaw.com

## CERTIFICATE OF SERVICE

I certify that on March 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/James D. Sallah
**James D. Sallah, Esq.**